UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 4 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RAUL DE LEON | § | |
|     Petitioner, | § | |
| | § | |
| vs. | § | Civil No. B-98-050 |
| | § | |
| WARDEN JOE SIVLEY, AND | § | |
| STATE ATTORNEY GENERAL | § | |
| OF THE STATE OF TEXAS | § | |
|     Respondent. | § | |

## ORDER

Before the Court is Respondent's Motion to Dismiss for Lack of Jurisdiction. Petitioner filed a writ of habeas corpus pursuant to United States Code Title 28 Section 2254 on April 6, 1998. Petitioner's writ of habeas corpus attacks his 1982 **state** convictions for burglary of a habitation and theft by possession. Petitioner's sentence for said convictions fully expired some ten years ago. As such, Petitioner is not in custody for these convictions within the meaning of 28 U.S.C. §2241 or 28 U.S.C. §2254.

The federal habeas statute provides that United States district courts may consider petitions for habeas relief only from persons who are "*in custody* in violation of the Constitution or laws or treaties of the United States." **28 U.S.C. §2241 (c)(3);** *United States v. Maleng, 490 U.S. 488, 490 (1989) (emphasis added).* The concept of "in custody" does not require that a prisoner be actually physically confined in order to challenge his sentence through habeas relief. *Maleng, 490 U.S. at 491.* However, a prisoner is not considered "*in custody*" if the sentence imposed for his conviction "has fully expired at the time his petition is filed." *Id.* Thus, as Petitioner's sentence has fully expired, he is no longer "in custody"

pursuant to that conviction for purposes of §2254. As such, this court lacks jurisdiction to consider the instant §2254 petition.

Accordingly, it is ORDERED, ADJUDGED and DECREED that Respondent's Motion to Dismiss for Lack of Jurisdiction should be and is hereby GRANTED.

DONE this 4th day of February 1999 in Brownsville, Texas.

Filemon B. Vela
United States District Judge